[No. 2981–6–III.   Division Three.   March 13, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK
F. SOLIZ, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–1–00345–9, Carl L. Loy, J., entered
July 13, 1978. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6997–7–I.   Division One.   March 17, 1980.]

IVAN D. CROFT, ET AL, *Respondents,* v. LAWRENCE
FREEMAN, ET AL, *Defendants,* KICKERVILLE
ESTATES, LTD., *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 54063, Byron L. Swedberg, J.,
entered September 28, 1978. *Affirmed* by unpublished
opinion per Durham–Divelbiss, J., concurred in by Dore
and Ringold, JJ.

[No. 7510–1–I.   Division One.   March 17, 1980.]

WHARF RESTAURANT, INC., *Respondent,* v. THE PORT
OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 832689, Francis E. Holman, J., entered March
8, 1979. *Affirmed* by unpublished per curiam opinion.

[No. 3679–II.   Division Two.   March 17, 1980.]

*In the Matter of the Marriage of* BEVERLY
J. TROSPER *and* ALLAN A. TROSPER.

Appeal from a judgment of the Superior Court for Pierce
County, No. 252311, Thomas A. Swayze, Jr., J., entered
August 16, 1978. *Affirmed* by unpublished opinion per
Reed, C.J., concurred in by Petrie and Soule, JJ.